TO: THE VERY HONORABLE COURT    *    CRIMINAL APPEALS CAUSE NO.
Of CRIMINAL APPEALS: Of TEXAS:    *    #02-14-00293-CR.
POST OFFICE BOX 12308 -CAPITOL    *
         STATION:    *    STATE OF TEXAS
CAPITOL STATION CAPITOL OF TEXAS:    *    VS.
AUSTIN TEXAS ZIP CODE   78711 ;    *    MICHAEL PERRY# 1941592;

                            TRIAL COURT NO. 13022600;

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

#I.D.NO. 1941592;

Mr. Michael Perry;
William McConnell Unit;
3001 South Emily Drive;
BEEVILLE TEXAS ZIP CODE
               78102-8696;

DEAR HONORABLE CLERK:

    HERE COMES NOW PERRY,MICHAEL * I.D. NO. 1941592.'" A

    PRISONER ON THE ABOVE UNIT INSTITUTIONAL DIVISION:
IN APPEAL NUMBER CAUSE ³#02-1400293-CR: TRIAL # 13022600;

IN FAITHFUL RELIEF: "REQUESTING "COPIES OF THESE (5).:

ENCLOSED AFFIDAVITS OF GREAT IMPORTANCE: PLEASE HONORABLE
CLERK & VERY HONORABLE JUDGE & COURT: APPELLANT PERRY NEED,S
THESE ENCLOSED SWORN AFFIDAVITS: BECAUSE THESE ENCLOSED
SWORN AFFIDAVITS ARE CONVICT MR.PERRY ONLY PERCISE ORIGINAL
COPIES SIR CLERK:
YOUR HONOR ,SIR: "THERE ARE NO ZEROX COPIERS IN THIS WILLIAM
McCONNELL UNIT STATE LAW LIBRARY.THIS UNIT LAW LIBRARIAN. MRS
CANDACE MOORE : HAS AUTHORIZE THIS LAW LIBRARY: NO ACCESS TO
THEIR ZEROX COPIER,S MACHINE: : FOR INMATES AND CONVICTS GENTLEMEN:
APPEALLANT PERRY IS IN DIRE NEEDS OF THESE COPIES

COPIES OF THESE ENCLOSED SWORN AFFIDAVIT,S : FOR
THIS  VERY HONORABLE CLERK AND COURT OF CRIMINAL APPEALS
TO FILE WITH PETITIONER PERRY,S PETITION FOR DICRETIONARY
REVIEW: ( P.D.R.)  ORIGINALS HAS BEEN ALREADY SUBMITTED

TO THIS COURT OF CRIMINAL APPEALS OF TEXAS BEFORE THIS
VERY HONORABLE COURT DEADLINE IN THE(P. D. R.) PETITION .
PLEASE LET THIS BE VERY CLEAR: THE ENCLOSED (5) COPIES ARE
THE ORIGINAL,S SWORN AFFIDAVITS OF TRUTH YOUR HONOR AND
HONORABLE CLERK SIR: THIS PRISONER,S UPMOST APPRECIATION:
FOR YOUR ACKNOWLEDGEMENT    AT   YOUR   EARLIEST CONVENIENCE
HONORABLE JUDGE AND CLERK AND ITS VERY HONORABLE COURT:
IN TRUTH AND IN FAITH: I REMAIN  MICHAEL PERRY:

    MR.MICHAEL PERRY ³ * 1941592 I.D. NO:
     RESPECTFULLY SUBMITTED:

                                  SIGNATURE OF PETITIONER

CERTIFICATE OF SERVICE :

UPON THIS  WILLIAM McCONNELL UNIT OF ASSIGNMENT IN (BEE
- COUNTY ,TEXAS  3001 SOUTH  EMILY DRIVE ,BEEVILLE TX.ZIP CODE
78102-8696;
BY PLACING IN THE UNITED STATES POSTAGE SYSTEM MAIL BOX AT
CENTER HALL ON THIS UNIT: (3) BUILDING:: (2) SECTION (B)·
BLOCK DOESN,T HAVE A UNITED STATES MAIL BOX AT ALL NOR
DOES THIS UNIT MAIL SUPERVISOR STAFF PUT HER EMPLOYEES
ON THE B_ SECTIONS CELL BLOCKS 1,2,OR 3. TO PICK UP MAIL
DURING LOCKDOWN  PROCEDURES: NOR DOES  THE MAIL  SUPERVISOR
PERMITS HER EMPLOYEES TO PASS OUT UNITED STATES MAIL TO
CONVICTS: WHICH WE ARE PEOPLE WITH CONSTITUTIONAL RIGHTS
CIVIL RIGHTS, PROCEDURAL RIGHTS: YOUR HONOR:  IM GIVING
YOU A AN INSIGHT ON THE HECTY SITUATIONS . "IM PLACED IN
FOR AS LEGALITY TO ANY HONORABLE COURT OF PERSONAL FAMILIES:
PRAYING THAT YOUR HONORABLE JUDGE ,COURT,AND CLERK: GRANT

THIS DIRE NEED OF THIS PETITION OF DISCRETIONARY REVIEW,

AND ITS ATTACHMENTS OF THESE ENCLOSED AFFIDAVITS OF TRUTH,S:

AT YOUR HONORABLE COURT OF CRIMINALS APPEALS OF TEXAS: VERY
EARLIEST CONVENIENCE:

WHAT,S AT STAKE HERE IS MORE THAN PETITIONERS PERRY,S
RIGHTS: INJUSTICE ANYWHERE . IS A THREAT TO JUSTICE EVERYWHERE:

I REMAIN A REFORMED PERSON FIRST AND CONVICT GENTLEMEN:

THANK YOU SIR ," YOUR HONOR : ,& CLERK AND THIS PERCISE COURT:


MR. MICHAEL PERRY # 1941592 :
SIGNATURE OF PETITIONER:

*Michael Perry #1941592*
SIGNED NAMED PETITIONER:

I.D.NUMBER: #!($!%(@ 1941592;



MAILED IN THE UNITED STATES MAIL BOX
SEPTEMBER 23rd,2015A.D.: AT 3;40 A.M.

**THE STATE OF TEXAS**          §

                                           §

**COUNTY OF TARRANT**         §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Angel Scott, who

being by me duly sworn, upon oath deposes and says:

"My name is Angel Scott. I have personal knowledge of the matters contained in this affidavit and I do swear that they are true and correct. I am a leasing specialist for the Sugar Creek Apartments in Grand Prairie, Texas. Michael Perry was a resident at Sugar Creek for more than four years prior to his arrest in this case. He was a good resident and I had no concerns about his living there. I believe he would be an asset to the community here if he were to return here to live and he would be welcome here. I was not contacted by Michael's trial attorney prior to his trial or asked any questions about Michael's character. I did not even know that the trial was being held. If I had been asked to testify during the punishment phase of Michael's trial in his behalf I would have been happy to do so but I was never contacted by anyone asking me to testify at his trial."



_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on September 17, 2014, to certify which

witness my hand and seal of office.

HECTOR OCHOA
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-20-15

_____
Notary Public, State of Texas

**THE STATE OF TEXAS** §

§

**COUNTY OF TARRANT** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared LaTisha

Carmichael, who being by me duly sworn, upon oath deposes and says:

"My name is LaTisha Carmichael. I have personal knowledge of the matters contained in this affidavit and I do swear that they are true and correct. I have known Michael Perry for many years. I have always known him to be a hard worker and helpful. He helped raise his nieces and nephews, and helped his mother with her house. After he graduated from high school, Michael got a job as a truck driver and did well at that job. I know he had problems in the past but since 2009 I saw him go to church and work on the Usher Board. He wanted to turn his life around. He also helped me when my father was very sick in the hospital. He would go visit with him and play dominoes and try to cheer him up until he passed away. I was not contacted by Michael's trial attorney prior to his trial or asked any questions about Michael's character. I did not even know that the trial was being held. If I had been asked to testify during the punishment phase of Michael's trial in his behalf I would have been happy to do so but I was never contacted by anyone asking me to testify at his trial."

_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _Sept. 10_, 2014, to certify which

witness my hand and seal of office.

_____
Notary Public, State of Texas



SHERRY COLE
Notary Public, State of Texas
My Comm. Expires 03-18-2015

**THE STATE OF TEXAS** §
§
**COUNTY OF** Jones §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Michael Wayne

Perry, who being by me duly sworn, upon oath deposes and says:

"My name is Michael Wayne Perry. I am the Defendant in this case and I have personal knowledge of the statements made in this affidavit and I swear under oath that they are true and correct. Charles Roach was my attorney in my jury trial. Mr. Roach never talked to me prior to the trial about what happened in my case or asked me about the case. I did not even know that it was going to trial until the day of the trial. My attorney never asked for the names or information about anyone who could testify for me on punishment. If he had asked or talked to me about it I knew of several people who would have testified for me. One was a pastor at my church who could have testified about my work there, and how I went to bible school and retreat. There was also people I had worked for and an apartment manager where I lived. I was never asked for those names or I would have given them to Mr. Roach and information on how to find them. He didn't seem interested in getting anything from me except a guilty plea. I believe these people would have testified that I was a hard worker who held a steady job as a truck driver, that I was active in church work and helped out there with the Usher Committee, and that I was a good tenant at my apartment. I believe my sentence might have been less if the jury had heard some evidence from witnesses for me. My attorney should have at least tried to find some of them. He didn't even try to put on a case for me or find out if I had any witnesses to put up."

_Michael Wayne Perry_ #1941592
Michael Wayne Perry, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on 9/16/14 _____, 2014, to certify which

witness my hand and seal of office.



CHRYSTAL K.
HOLMAN
Notary Public, State of Texas
My Commission Expires
11-26-2017
**Notary Without Bond**

_Chrystal K Holman_
Notary Public, State of Texas

| THE STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF TARRANT | § |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Shirley Gardner,

who, being by me duly sworn, upon oath deposes and says:

"I am ^Associate Pastor Shirley Gardner of the ~~The~~ *The Chosen Vessel*. I have personal knowledge of the matters contained in this affidavit and I do swear that they are true and correct. I have known Michael Perry for around five years or longer. I saw Michael get along well with the people of our church, and I know that he was gainfully employed as a truck driver for years. Michael attended Bible School at the church and was an active participant in class. I believe he demonstrated a sincere belief and a genuine love for God and people. He would always help out at the church when he could. He attended the men's retreat and the brotherhood fellowship. He also ushered on our Usher Board. I believe Michael was trying hard to turn his life around and he attended the noon prayer meeting every Tuesday until his arrest. I believe he deserves mercy. I was not contacted by Michael's trial attorney prior to his trial or asked any questions about Michael's character. I did not even know that the trial was being held. If I had been asked to testify during the punishment phase of Michael's trial in his behalf I would have been happy to do so but I was never contacted by anyone asking me to testify at his trial."

_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on ___Sept. 10___, 2014, to certify which

witness my hand and seal of office.

_____
Notary Public, State of Texas


SHERRY COLE
Notary Public, State of Texas
My Comm. Expires 03-18-2015

**THE STATE OF TEXAS** §
§
**COUNTY OF TARRANT** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Pearline Frazier, who being by me duly sworn, upon oath deposes and says:

"My name is Pearline Frazier. I have personal knowledge of the matters contained in this affidavit and I do swear that they are true and correct. I am Michael Perry's mother. I called my son's trial attorney, Charles Roach, prior to the trial and we talked for a very short time. At that time the attorney did not ask me for any information about people who might testify about Michael's character during his trial. I didn't even know about the trial until shortly before it was held. I asked the attorney to call me back but he never did. If the attorney had asked me for the names of people who could testify for Michael I could have given him several names including our church pastor and apartment manager but I was never asked to give any information like that for Michael's trial. I believe there was information and witnesses that could have testified in Michael's behalf if they had been contacted by the attorney prior to the trial."

*Pearline Frazier*
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on September 10, 2014, to certify which witness my hand and seal of office.

SYLVIA CHUMLEY
MY COMMISSION EXPIRES
February 24, 2016

*Sylvia W. Chumley*
Notary Public, State of Texas